455 A.2d 204

Commonwealth v. Pagan, Appellant.

Submitted June 2, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The judgment of sentence dated October 7, 1980 is affirmed.